No. 758.   Grand River Dam Authority *v.* Board of Education of Wyandotte.   May 1, 1944.   Petition for

writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Robert L. Davidson* for petitioner. *Mr. A. C. Wallace* for respondent.